UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHIQUITA R. SWIFT, | Case No. 1:07-cv-1064 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Carmody |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## Judgment

For the reasons explained in this court's contemporaneously issued order,

The Report and Recommendation [document #9] is **ADOPTED.**

The Commissioner's denial of disability benefits is **AFFIRMED**.

The complaint is **DISMISSED.**

This case is **TERMINATED** and **CLOSED.**

**IT IS SO ORDERED this 27th day of January 2009.**

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge